IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| JAMES TIEGS, JULIE OWEN, ABRAHAM JERGENSON, CALLY JERGENSON, and B. CHAD WARD,<br><br>　　Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; ZACH DUCHENEAUX, in his official capacity as Administrator, Farm Service Agency,<br><br>　　Defendants. | Case No. 3:21-cv-00147-PDW-ARS |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

On August 16, 2022, the President signed legislation that repeals the statutory provisions at issue in this litigation. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs James Tiegs, Julie Owen, Abraham Jergenson, Cally Jergenson, and B. Chad Ward hereby give notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs voluntarily dismiss this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

DATED: September 7, 2022.

                                          Respectfully submitted:

PACIFIC LEGAL FOUNDATION

s/ *Glenn E. Roper*
Glenn E. Roper
Co. Bar No. 38723
1745 Shea Center Dr., Suite 400
Highlands Ranch CO 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: GERoper@pacificlegal.org

Wencong Fa*
Cal. Bar No. 301679
Daniel M. Ortner*
Cal. Bar No. 329866
555 Capitol Mall, Suite 1290
Sacramento CA 95814
Email: WFa@pacificlegal.org
Email: DOrtner@pacificlegal.org

*Counsel for Plaintiffs*
*pro hac vice

3

## CERTIFICATE OF SERVICE

    I hereby certify that on September 7, 2022, I electronically filed the foregoing document with the Clerk of the Court via the e-filing system, which will cause a copy to be served upon counsel of record.

    By: s/ *Glenn E. Roper*
          Glenn E. Roper